# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| JEFFREY WEISEN, | Case No. 20-CV-1400 (NEB/KMM) |
| Plaintiff, | |
| v. | |
| M.G.M. WINE & SPIRITS, INC. ET AL. | ORDER OF DISMISSAL |
| Defendants. | |

Pursuant to the parties' Stipulation of Dismissal with Prejudice filed on August 4, 2020 [ECF No. 12], IT IS HEREBY ORDERED that this action is DISMISSED WITH PREJUDICE on the merits, and without costs, disbursements or attorneys' fees to any party.

Dated: August 5, 2020

BY THE COURT:

s/Nancy E. Brasel
Nancy E. Brasel
United States District Judge